UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RACQUETBALL 5, INC. | ) | |
| | ) | |
| V. | ) | M..C. 03-102 |
| | ) | |
| RICHARD P. BACCARI | ) | |

SATISFACTION OF JUDGMENT

JUDGMENT SATISFIED.

Plaintiff,
By it's attorney,

Dated: 8/10/05

Kenneth Kando, Esq.
50 Power Road
Pawtucket, RI 02860
tel. 401-727-1570

CERTIFICATION

I hereby certify that on August 10, 2005 a true copy of the within was mailed to the following attorney of record:

John F. Drew, Esq.
BURNS & LEVINSON, LLP
125 Summer Street
Boston, MA 02110

ken\racquetball 5\Satisfaction Judgment (RI 03)