RECEIVED
AUG 12 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RACQUETBALL 5, INC. )
)
V. ) M..C. 03-102
)
RICHARD P. BACCARI )

DISMISSAL STIPULATION

The parties hereby agree as follows:

THIS MATTER SHALL BE DISMISSED WITH PREJUDICE, NO INTEREST, NO COSTS.

Plaintiff,
By it's attorney,

Dated: 10/5/04

Kenneth Kando, Esq.
50 Power Road
Pawtucket, RI 02860
tel. 401-727-1570

Defendant, Richard P. Baccari,
By his attorney,

Dated: Oct 4, 2004

John F. Drew, Esq.
BURNS & LEVENSON, LLP
125 Summer Street
Boston, MA 02110
tel. 617-345-3000

ken\racquetball 5\dismiss stip (RI 03)

Enter: Mary M. Lisi
USDJ 8/15/05